**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DIPAK BHUTA, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 8:15-cv-01592-AG-DFM<br><br>**ORDER GRANTING MOTION FOR CONSOLIDATION**<br><br>The Hon. Andrew J. Guilford<br><br>Action filed October 2, 2015 |

This document also relates to:

| | |
|---|---|
| COLIN RYAN, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01595-AG-DFM<br>(filed Oct. 5, 2015) |
| JUSUS FRANCO,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01598-AG-KES<br>(filed Oct. 5, 2015) |
| JESSICA LUNA,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01603-AG-DFM<br>(filed Oct. 6, 2015) |
| MARSHALL OHRING,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01612-AG-DFM<br>(filed Oct. 7, 2015) |
| MICHAEL G. BRAUTIGAM,<br>Plaintiff,<br>v.<br>EXPERIAN HOLDINGS, INC.,<br>Defendant. | Case No. 8:15-cv-01616-AG-DFM<br>(filed Oct. 7, 2015) |
| JENNIFER LEITNER,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS , INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01620-AG-DFM<br>(filed Oct. 8, 2015) |

| | |
|---|---|
| ALISON COCHRAN, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS , INC.,<br>Defendant. | Case No. 8:15-cv-01659-AG-DFM<br>(filed Oct. 15, 2015) |
| DAVID CIANO, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01683-AG-DFM<br>(filed Oct. 20, 2015) |
| STUART ZIMMELMAN,<br>Plaintiff,<br>v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01694-AG-DFM<br>(filed Oct. 20, 2015) |
| RICHARD IMMERMAN,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01715-AG-DFM<br>(filed Oct. 22, 2015) |
| JOSHUA GONZALEZ,<br>Plaintiff,<br>v.<br>EXPERIAN HOLDINGS, INC.,<br>Defendant. | Case No. 8:15-cv-01721-AG-DFM<br>(filed Oct. 23, 2015) |
| OANH NGUYEN,<br>Plaintiff,<br>v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01722-AG-DFM<br>(filed Oct. 23, 2015) |

| | |
|---|---|
| FRANCISCO OJEDA,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS , INC.,<br>Defendant. | Case No. 8:15-cv-01723-AG-DFM<br>(transferred from N.D. Cal. Oct. 23, 2015) |
| MARTHA SCHROEDER,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01729-AG-DFM<br>(filed Oct. 26, 2015) |
| ALAN LEVY,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01734-AG-DFM<br>(filed Oct. 27, 2015) |
| JAMAL DAVIS, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN HOLDINGS, INC.,<br>Defendant. | Case No. 8:15-cv-01748-AG-DFM<br>(transferred from S.D. Cal. Oct. 28, 2015) |
| RALPH DELEDONNE, JR.,<br>Plaintiff,<br>v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01763-AG-DFM<br>(filed Oct. 29, 2015) |
| GWENDOLYN CRUMP,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | Case No. 2:15-cv-08463-AG-DFM<br>(filed Oct. 29, 2015) |

| | |
|---|---|
| ELLEEN BRAZZLE, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01779-AG-DFM<br>(filed Oct. 31, 2015) |
| STEPHEN ALLEN, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01803-AG-KES<br>(filed Nov. 5, 2015) |
| DAVID VAZQUEZ, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN HOLDINGS, INC.,<br>Defendant. | Case No. 8:15-cv-01813-AG-DFM<br>(filed Nov. 5, 2015) |
| FABIO ACOSTA,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01843-AG-DFM<br>(transferred from S.D. Fla. Nov. 10, 2015) |
| GREGORY WENZEL, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>Defendants. | Case No. 8:15-cv-01847-AG-DFM<br>(filed Nov. 10, 2015) |
| JULIE KEARNS,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:15-cv-01853-AG-DFM<br>(filed Nov. 10, 2015) |

| Parties | Case |
|---|---|
| SERGEY BARBASHOV, *et al.*, Plaintiffs, v. EXPERIAN INFORMATION SOLUTIONS, INC., Defendant. | Case No. 2:15-cv-08883-AG-DFM (transferred from N.D. Ill. Nov. 13, 2015) |
| JENNIFER BRANDABUR, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, Defendants. | Case No. 8:15-cv-01948-AG-DFM (filed Nov. 20, 2015) |
| JOSEPH A. PIERPONT, Plaintiff, v. EXPERIAN NORTH AMERICA, INC., *et al.*, Defendants. | Case No. 8:15-cv-01965-AG-DFM (filed Nov. 24, 2015) |
| AARON R. COHEN, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., Defendant. | Case No. 2:15-cv-09115-AG-DFM (filed Nov. 24, 2015) |
| KAMIL KUKLINSKI, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., Defendant. | Case No. 8:15-cv-01987-AG-DFM (filed Nov. 25, 2015) |
| ANGELIA FENNERN, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, Defendants. | Case No. 8:15-cv-02004-AG-DFM (filed Dec. 1, 2015) |

| | |
|---|---|
| LAVIVA ALI, *et al.*,<br>Plaintiffs,<br>v.<br>EXPERIAN SERVICES CORPORATION, *et al.*,<br>Defendants. | Case No. 8:15-cv-02017-AG-DFM<br>(transferred from N.D. Ill. Dec. 4, 2015) |

The Court hereby **GRANTS** Plaintiff Bhuta's Motion for Consolidation.

**IT IS HEREBY ORDERED** as follows:

The following thirty-two (32) related class actions currently pending before this Court (collectively, the "Actions") are CONSOLIDATED for all purposes (the "Consolidated Action"):

(1) *Bhuta v. Experian Information Solutions, Inc.*, No. 8:15-cv-01592-AG-DFM (filed Oct. 2, 2015);

(2) *Ryan, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01595-AG-DFM (filed Oct. 5, 2015);

(3) *Franco v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01598-AG-KES (filed Oct. 5, 2015);

(4) *Luna v. Experian Information Solutions, Inc.*, No. 8:15-cv-01603-AG-DFM (filed Oct. 6, 2015);

(5) *Ohring v. Experian Information Solutions, Inc.*, No. 8:15-cv-01612-AG-DFM (filed Oct. 7, 2015);

(6) *Brautigam v. Experian Holdings, Inc.*, No. 8:15-cv-01616-AG-DFM (filed Oct. 7, 2015);

(7) *Leitner v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01620-AG-DFM (filed Oct. 8, 2015);

(8) *Cochran, et al. v. Experian Information Solutions, Inc.*, No. 8:15-cv-01659-AG-DFM (filed Oct. 15, 2015);

(9) *Ciano, et al. v. Experian Information Solutions, Inc.*, No. 8:15-cv-01683-AG-DFM (filed Oct. 20, 2015);

(10) *Zimmelman v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01694-AG-DFM (filed Oct. 20, 2015);

(11) *Immerman v. Experian Information Solutions, Inc.*, No. 8:15-cv-01715-AG-DFM (filed Oct. 22, 2015);

(12) *Gonzales v. Experian Holdings, Inc.*, No. 8:15-cv-01721-AG-DFM (filed

Oct. 23, 2015);

(13) *Nguyen v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01722-AG-DFM (filed Oct. 23, 2015);

(14) *Ojeda v. Experian Information Solutions, Inc.*, No. 8:15-cv-01723-AG-DFM (transferred from N.D. Cal. Oct 23, 2015);

(15) *Schroeder v. Experian Information Solutions, Inc.*, No. 8:15-cv-01729-AG-DFM (filed Oct. 26, 2015);

(16) *Levy v. Experian Information Solutions, Inc.*, No. 8:15-cv-01734-AG-DFM (filed Oct. 27, 2015);

(17) *Davis, et al. v. Experian Holdings, Inc.*, No. 8:15-cv-01748-AG-DFM (transferred from S.D. Cal. Oct. 28, 2015);

(18) *Deledonne v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01763-AG-DFM (filed Oct. 29, 2015);

(19) *Crump v. Experian Information Solutions, Inc., et al.*, No. 2:15-cv-08463-AG-DFM (filed Oct. 29, 2015);

(20) *Brazzle, et al. v. Experian Holdings, Inc.*, No. 8:15-cv-01779-AG-DFM (filed Oct. 31, 2015);

(21) *Allen, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01803-AG-KES (filed Nov. 5, 2015);

(22) *Vazquez, et al. v. Experian Holdings, Inc.*, No. 8:15-cv-01813-AG-DFM (filed Nov. 5, 2015);

(23) *Acosta v. Experian Information Solutions, Inc.*, No. 8:15-cv-01843-AG-DFM (transferred from S.D. Fla. Nov. 10, 2015);

(24) *Wenzel, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01847-AG-DFM (filed Nov. 10, 2015);

(25) *Kearns v. Experian Information Solutions, Inc.*, No. 8:15-cv-01853-AG-DFM (filed Nov. 10, 2015);

(26) *Barbashov, et al. v. Experian Information Solutions, Inc.*, No. 2:15-cv-

08883-AG-DFM (transferred from N.D. Ill. Nov. 13, 2015);

(27) *Brandabur v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01948-AG-DFM (filed Nov. 20, 2015);

(28) *Pierpont v. Experian North America, Inc., et al.*, No. 8:15-cv-01965-AG-DFM (filed Nov. 24, 2015);

(29) *Cohen v. Experian Information Solutions, Inc.*, No. 2:15-cv-09115-AG-DFM (filed Nov. 24, 2015);

(30) *Kuklinski v. Experian Information Solutions, Inc.*, No. 8:15-cv-01987-AG-DFM (filed Nov. 25, 2015);

(31) *Fennern v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-02004-AG-DFM (filed Dec. 1, 2015); and

(32) *Ali, et al. v. Experian Services Corporation, et al.*, No. 8:15-cv-02017-AG-DFM (transferred from N.D. Ill. Dec. 4, 2015).

The Consolidated Action shall be captioned *In Re Experian Data Breach Litigation*, Case No. 8:15-cv-01592-AG-DFM, bearing the lowest case number of the 32 Actions.

Any other actions asserting claims that are the same as or similar to the claims at issue in this Consolidated Action that are now pending, subsequently filed in, or transferred to, this District pursuant to the Court's Local Rules and General Orders shall be consolidated with this Consolidated Action for all purposes, including, without limitation: (1) *Wicklund, et al. v. Experian Information Solutions, Inc.*, No. 3:15-cv-01109-JPG-PMF (pending transfer from S.D. Ill.; filed Oct. 8, 2015); (2) *Yoo v. Experian Information Solutions, Inc.*, No. 1:15-cv-09787 (pending transfer from N.D. Ill.; filed Nov. 2, 2015); and (3) *Holt v. Experian Information Solutions, Inc.*, No. 2:15-cv-00691-UA-MRM (pending unopposed motion to transfer from M.D. Fla.; filed Nov. 4, 2015).

Whenever a case that should potentially be consolidated into this action is filed in, or transferred to, this District, the Defendants are directed to file a Notice of Related

Case(s) in accordance with Local Civil Rule 83-1.3 in the Consolidated Action, as well as in the docket of the new, potentially related case.

**IT IS SO ORDERED.**

Dated: December 16, 2015

The Hon. Andrew J. Guilford
United States District Judge